UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GLEN EARL SIMS,<br><br>                Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | Case No. C09-5334FDB<br>CR04-5529FDB<br><br>MINUTE ORDER RE:<br>BRIEFING SCHEDULE |

The following Minute Order is made by direction of the Court, the Hon. Franklin D. Burgess, United States District Judge:

Pursuant to the Petitioner's Motion to Set Aside Sentence/Conviction pursuant to 28:U.S.C. 2255, the United States shall file and serve an answer in accordance with Rule 5 of the Rules Governing 2255 Cases in the United States District Courts not later than **October 21, 2009.**

The respondent shall file the answer with the Clerk of the Court and serve a copy of the answer upon the petitioner or petitioner's counsel. The answer, and all further pleadings, shall include both the civil and criminal case numbers supplied in this order.

Any reply by the petitioner shall be filed and served on or before **November 4, 2009.**

The Clerk shall note the 2255 Motion on the court's calendar for **November 6, 2009.**

The foregoing Minute Order entered by  /s/ *Allyson P. Swan*, Judicial Assistant, this September 23, 2009.