Judge Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| GLEN EARL SIMS,<br><br>PETITIONER,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>RESPONDENT. | NO. C09-5334FDB<br>CR04-5529FDB<br><br>**ORDER FOR EXTENSION OF TIME TO FILE GOVERNMENT ANSWER TO PETITIONER SIMS' MOTION UNDER TITLE 28 U.S.C. § 2255** |

IT IS HEREBY ORDERED that the deadline for the Government to respond to Petitioner's motion pursuant to Title 28, United States Code, Section 2255 is continued to November 18th, 2009

DATED this 20th day of October, 2009.

                                            s/Pat LeFrois
                                            Clerk for FRANKLIN D. BURGESS
                                            UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Gregory A. Gruber*
GREGORY A. GRUBER
Assistant United States Attorney

Judge Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GLEN EARL SIMS, ) <br> ) <br> PETITIONER, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> RESPONDENT. ) | NO. C09-5334FDB <br> CR04-5529FDB <br><br> **ORDER FOR EXTENSION OF TIME TO FILE GOVERNMENT ANSWER TO PETITIONER SIMS' MOTION UNDER TITLE 28 U.S.C. § 2255** |

IT IS HEREBY ORDERED that the deadline for the Government to respond to Petitioner's motion pursuant to Title 28, United States Code, Section 2255 is continued to November 18th, 2009

DATED this 20th day of October, 2009.

_s/Pat LeFrois_____
Clerk for FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Gregory A. Gruber*
GREGORY A. GRUBER
Assistant United States Attorney

Order to Continue Response Deadline - 1
C09-5334FDB/CR04-5529FDB