Judge Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GLEN EARL SIMS,

PETITIONER,

v.

UNITED STATES OF AMERICA,

RESPONDENT.

NO. C09-5334FDB
CR04-5529FDB

**ORDER GRANTING GOVERNMENT MOTION FOR EXTENSION OF TIME**

After consideration of the government's second motion for an extension of time to file its answer to defendant's petition pursuant to Title 28, United States Code, Section 2255 (ineffective assistance of counsel claim),

IT IS HEREBY ORDERED that the government's second motion for an extension of time to file its answer is GRANTED. The government's answer is now due on or before December 9, 2009.

DATED this 17th day of November, 2009.

S/Pat LeFrois
Clerk for FRANKLIN D. BURGESS
United States District Court Judge

Presented by:

*/s/ Gregory A. Gruber*
GREGORY A. GRUBER
Assistant United States Attorney